UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE LUIS GRACESQUI, Movant, -against- UNITED STATES OF AMERICA, Respondent. | 10-CR-0074 (PKC) 26-CV-7313 (PKC) TRANSFER ORDER |

P. KEVIN CASTEL, United States District Judge:

Movant Jose Luis Gracesqui, currently incarcerated at U.S.P. McCreary in Pine Knot, Kentucky, commenced this action by filing a letter addressed to the Honorable Laura Taylor Swain requesting an investigation into the facts of his conviction in this Court. In support of Movant's request, he attaches to his letter a series of documents from his recent, unsuccessful application to the Court of Appeals for the Second Circuit, in which he sought permission to file a second and successive motion under 28 U.S.C. § 2255. Because Movant, through his letter, brings a challenge to his judgment of conviction, and because the vehicle to collaterally attack a federal conviction arises under Section 2255, the Court construes the letter as a motion under Section 2255.

In the motion, Movant challenges his January 30, 2017 judgment of conviction, in which a jury found him guilty of violations of 21 U.S.C. § 848(e)(1)(A) (murder while engaging in an offense punishable under 21 U.S.C. § 841(b)(1)(A)) (Count 1), and 18 U.S.C. § 1958 (use of interstate commerce facilities in the commission of murder-for-hire) (Counts 2 and 3).[1] *See*

[1] Movant was acquitted of Count Four, in which he had been indicted using a firearm in relation to the murder-for-hire conspiracy and the murder-for-hire that caused the death of Richard Diaz, *see* 18 U.S.C. § 924(j), and Count Five, in which he had been indicted for using a firearm in relation to a conspiracy to commit a robbery and causing the death of John Ochoa, *see id*.

*United States v. Gracesqui*, No. 10-CR-0074 (PKC) (S.D.N.Y. Jan. 30, 2017) (ECF No. 157). Movant appealed his conviction, and the Court of Appeals affirmed. *See United States v. Gracesqui*, 730 F. App'x 25, 28 (2d Cir. 2018).

This is not Movant's first attempt at seeking relief under Section 2255. He filed his first Section 2255 motion on December 26, 2018, which the Court denied on July 9, 2019. *See Gracesqui v. United States*, Nos. 18-CV-12412 (PKC), 10-CR-0074 (PKC), 2019 WL 2949935, at *1 (S.D.N.Y. July 9, 2019). As noted above, he also sought authorization from the Court of Appeals to file a second and successive Section 2255 motion, which the Court of Appeals denied earlier this year. *See Gracesqui v. United States*, No. 26-887 (2d Cir. May 27, 2026) (mandate issued Aug. 4, 2026).

Because Movant's previous motion under Section 2255 was decided on the merits, this application is a second or successive motion. *See Corrao v. United States*, 152 F.3d 188, 191 (2d Cir. 1998).

Before a second or successive Section 2255 motion is filed in the district court, authorization from the appropriate court of appeals is required. 28 U.S.C. § 2244(b)(3)(A). Movant must therefore move in the United States Court of Appeals for the Second Circuit for permission to pursue this application.[2]

**CONCLUSION**

In the interest of justice, the Court transfers this motion under Section 2255 to the United States Court of Appeals for the Second Circuit. *See* 28 U.S.C. § 1631; *see also Liriano v. United States*, 95 F.3d 119, 122-23 (2d Cir. 1996) (per curiam). This order closes this case. If the Court

[2] Movant must demonstrate that a motion to the Court of Appeals is based on newly discovered evidence or a new rule of constitutional law made retroactive by the Supreme Court. *See* 28 U.S.C. § 2255(h).

of Appeals authorizes Movant to proceed in this matter, he shall move to reopen this case under this civil docket number.

As the motion makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: September 3, 2026
New York, New York